

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

#### NO. 2-09-276-CV

IN RE DAMIEN THIBOULT                                    RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus, the State's response, and the trial court's October 16, 2009 order and is of the opinion that the petition should be dismissed as moot.[2] Accordingly, relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: LIVINGSTON, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED: October 22, 2009

---

[1] *See* Tex. R. App. P. 47.4.

[2] To the extent relator asks for relief other than a ruling on the motion to compel, that relief is denied.